UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT MATOS CAMPOS,

Petitioner,

v.

Case No. 2:26-cv-2238-KCD-NPM

WARDEN, GLADES COUNTY DETENTION CENTER, *et al.*,

Respondents.
___________________________________/

**ORDER**

Petitioner Robert Matos Campos has filed a pro se habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1-1.) The Government has responded and states that because Campos refused removal to Mexico back in March, the detention period is tolled. (Doc. 7.) But there is no indication that the Government has made any effort to remove Campos to Mexico since then. In fact, the Government concedes that it cannot remove Campos until his fear-of-removal claim is resolved. (Doc. 7 at 6.) At bottom, because the Government offers nothing to suggest that Campos's removal to Mexico, or anywhere else, is more likely now than it was years ago, Campos must be released.

Accordingly, the habeas petition is **GRANTED**.

Because the Government cannot show any real prospect of deportation, the Court finds no significant likelihood that Campos will be removed in the reasonably foreseeable future. He is therefore entitled to release from ICE custody under *Zadvydas*. But that release is not a free pass—he remains subject to the conditions of any prior supervision and any additional conditions that may be imposed. To the extent Campos raised any other claims, they are denied. He is entitled to no other relief from the facts presented.

Accordingly, it is **ORDERED:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

2. Respondents are ordered to **RELEASE** Petitioner Robert Matos Campos from custody within 48 hours of this order under any prior conditions of supervision or any other conditions reasonably imposed, which Campos must continue to comply with.

3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**ORDERED** in Fort Myers, Florida on August 18, 2026.

Kyle C. Dudek
United States District Judge